# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE S. GAYLE** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-1827** |
| : | |
| **JOHN HARMON,** *et al.* : | |
| **Defendants.** : | |

## ORDER

**AND NOW,** this 13th day of September 2016, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 25], to which no response has been filed, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Summary Judgment is entered **IN FAVOR OF** all Defendants and **AGAINST** Plaintiff. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**